No. 02–6658.  IN RE HEWITT;

No. 02–6701.  IN RE KEYS;

No. 02–6753.  IN RE CAMERON;

No. 02–6804.  IN RE ALLEN; and

No. 02–6832.  IN RE HARRIS.  Petitions for writs of habeas corpus denied.